Judge Leighton

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LANCE EDWARD GLOOR, et al.,

Defendants.

NO. CR13-5659RBL

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following assets:

(a) $1,178.00 in United States currency seized from Key Peninsula Collective dba KPN Cross on July 24, 2013; and

(b) $3,320.00 in United States currency seized from Rainier ATM, LLC on July 24, 2013.

On June 3, 2016, this Court entered Preliminary Order of Forfeiture, in the above-captioned case forfeiting defendant LANCE EDWARD GLOOR's interest in the above-described property.

The above-described property is subject to forfeiture pursuant to Title 21, United States Code, Section 853, based upon the jury finding LANCE EDWARD GLOOR guilty of violations of *Conspiracy to Distribute Marijuana*, in violation of Title 21, United States Code, Sections 841(a)(1), the lesser included amount of marijuana



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

under (b)(1)(B), and 846, and *Manufacture Marijuana*, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C) and Title 18, United States Code, Section 2, and his agreement to forfeit the above-described property.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice on an official government forfeiture website, currently www.forfeiture.gov for thirty (30) days beginning June 5, 2016. In the publication the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law. This notice further stated that any person other than the defendant having or claiming an interest in the property was required to file a petition with the Court within sixty (60) days of the first date of publication, setting forth the nature of the petitioner's right, title, and interest in the property.

On or about August 18, 2016, a copy of the Preliminary Order of Forfeiture in the above-captioned criminal case was sent to Shannon Rose O'Leary, via U.S. Postal Service regular mail as well as certified mail, return receipt requested. The U.S. Postal Service's Product & Tracking Information confirmed delivery of the certified letter on August 23, 2016.

On or about August 18, 2016, a copy of the Preliminary Order of Forfeiture in the above-captioned criminal case was sent to Michael P. Hutchinson, via U.S. Postal Service regular mail as well as certified mail, return receipt requested. The certified letter was delivered, and the return receipt was delivered to the United States on or about August 30, 2016.

On or about August 18, 2016, a copy of the Preliminary Order of Forfeiture in the above-captioned criminal case was sent to Rainier ATM, LLC, via U.S. Postal Service regular mail as well as certified mail, return receipt requested. The letter sent regular mail was not returned, but the certified letter was returned as "Unclaimed" to the United States on or about September 19, 2016.



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

In the related civil case, *U.S. v. $216,485.00 in United States Currency, et al.*, Case No. CV14-5041RBL (W.D. of Wash. filed Jan. 14, 2014), the President of Rainier ATM, LLC, Kelly Uchimura, filed a claim to the $6,640.00 in United States currency seized from Rainier ATM, LLC on July 24, 2013.

In the same related civil case, on September 16, 2016, the Court entered a Stipulated Settlement Agreement Between the United States and Third-Party Claimant Kelly Uchimura in which the United States agreed to return $3,320.00 of the $6,640.00 in United States Currency to Mr. Uchimura.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture.

No other petitioners have come forward to assert an interest in the forfeited property, and the time for doing so has expired.

Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the following property is hereby fully and finally condemned and forfeited to the United States in its entirety:

(a) $1,178.00 in United States currency seized from Key Peninsula Collective dba KPN Cross on July 24, 2013; and

(b) $3,320.00 in United States currency seized from Rainier ATM, LLC on July 24, 2013.

///

///

///



UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest in the above-described property shall exist in any other party. The United States Marshals Service is authorized to dispose of the above-listed property in accordance with the law.

IT IS SO ORDERED.

DATED this 4th day of November, 2016.

Ronald B. Leighton
United States District Judge

Presented by:

s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov